1
2  DAVID P. MATTHEWS
   Fed No.11816
3  JASON C. WEBSTER
   Fed No. 30910
4  2905 Sackett
   Houston, TX 77098
5  Tel: 713 222 8080
   Fax: 713 535 7184
6
   Attorneys for Plaintiffs
7
8
9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA
11
12
                                          ) Case Specific Number
13  ─────────────────────────────         )
    IN RE: BEXTRA AND CELEBREX            ) MDL NO. 1699
14  MARKETING SALES PRACTICES AND         ) C 07 2311 CRB
    PRODUCT LIABILITY LITIGATION          ) District Judge: Charles R. Breyer
15                                        )
    ─────────────────────────────         )
16                                        )
    JOHNNY WILSON, et al,                 )
17                                        ) **STIPULATION AND ORDER OF**
                        Plaintiffs,       ) **DISMISSAL WITHOUT PREJUDICE**
18                                        )
              vs.                         )
19                                        )
    Pfizer, Inc., et al.                  )
20                      Defendants.       )
21  ─────────────────────────────

22      Come now the Plaintiff, Johnny Wilson, and Defendants, by and through the undersigned
23  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the
24  dismissal of this action without prejudice with each side bearing its own attorneys' fees and
25  costs.
26      Should Plaintiff or a representative of Plaintiff attempt to re-file claim against
27  Defendants, they should do so only by re-filing in the United States District Court.
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: 7/2?, 2007 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: /s/ David P. Matthews |
| 4 | | DAVID P. MATTHEWS<br>Fed No. 11816 |
| 5 | | JASON C. WEBSTER<br>Fed No. 30910 |
| 6 | | 2905 Sackett<br>Houston, TX 77098 |
| 7 | | Tel: 713 222 8080<br>Fax: 713 535 7184 |
| 8 | | Attorneys for Plaintiff |
| 9 | | |
| 10 | DATED: 7·29, 2007 | GORDON & REES |
| 11 | | By: /s/ Stuart M. Gordon |
| 12 | | |
| 13 | | Stuart M. Gordon<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Aug. 3, 2007

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

PFZR/1035934/1030331v.1

-2-

STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE