1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12  IN RE: BEXTRA AND CELEBREX           ) Case No. 07-2311 CRB
    MARKETING SALES PRACTICES AND        )
13  PRODUCT LIABILITY LITIGATION         ) MDL NO. 1699
                                         ) District Judge: Charles R. Breyer
14                                       )
                                         )
15  Johnny Wilson, et al.,               )
                                         ) **STIPULATION AND ORDER OF**
16              Plaintiffs,              ) **DISMISSAL WITH PREJUDICE**
                                         )
17       vs.                             )
                                         )
18  Pfizer Inc., et al.                  )
                Defendants.              )
19                                       )

20
    Come now the Plaintiffs, Mary Owens, Lawrence St. Germain, and Defendants, by and
21
    through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
22
    hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein
23
    only with each side bearing its own attorneys' fees and costs.
24

25

26      DATED: Jan. 12, 2010        MATTHEWS & ASSOCIATES

27
                                    By: /s/ David P. Matthews
28                                      David P. Matthews
                                        *Attorneys for Plaintiffs*

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED:  Jan. 12, 2010 | DLA PIPER LLP (US) |

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**